# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00196-CV

**In re John Bird, Individually, and as de facto trustee of the Carl C. Anderson, Sr. and Marie Jo Anderson Charitable remainder trust and as former de facto trustee of the Carl C. Anderson, Sr. and Marie Jo Anderson Family Trust F/B/O Jennifer Jo Bird**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: September 10, 2021